THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Bill Passaloukas
 and Susie H. Passaloukas, Individually and as Shareholders Derivatively on
 Behalf of Zorba's, Inc., Appellants,
 
 
 

v.

 
 
 
 Cynthia Bensch,
 Gary Bensch and Zorba's, Inc., Defendants,
 Of whom,
 Cynthia Bensch and Gary Bensch are the Respondents.
 
 
 

Appeal From Beaufort County
Marvin Dukes, III, Master-in-Equity

Unpublished Opinion No. 2012-UP-274
Heard March 28, 2012  Filed May 2, 2012    

AFFIRMED

 
 
 
 Frank F. Pape, Jr., of Atlanta, for Appellants.
 Cynthia Bensch and Gary Bensch, pro se, for Respondents.
 
 
 

PER
 CURIAM:  Bill Passaloukas and Susie H. Passaloukas (Appellants)
 appeal the master-in-equity's order denying their causes of action related to
 the conduct of their business partners, Cynthia Bensch and Gary Bensch.  Appellants'
 claims included breach of fiduciary duty, unfair trade practices, and
 misappropriation of corporate assets, as well as individual and derivative
 claims for damages resulting from the alleged conversion of corporate and
 personal property.  We affirm
 pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Wilder Corp. v. Wilke, 324 S.C. 570, 577, 479 S.E.2d 510, 513 (Ct. App. 1996)
 (holding in an action in equity, the appellate court may resolve questions of
 fact in accordance with its own view of the preponderance of the evidence); Laughon
 v. O'Braitis, 360 S.C. 520, 524-25, 602 S.E.2d 108, 111 (Ct. App.
 2004) (holding this broad scope of review does not require this Court to
 disregard the findings at trial or to ignore the fact that the master was in a
 better position to assess the credibility of the witnesses). 
 
 AFFIRMED.
 WILLIAMS, J., THOMAS, J., and
 LOCKEMY, J., concur.